## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 544 MAL 2018
                                 :

               Respondent      :

                                 : Petition for Allowance of Appeal from
                                 : the Order of the Superior Court

               v.                        :
                                 :

                                 :
GARY A. FOLEY JR.,            :
                                 :
               Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.